UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:15-cv-2110-JLS-JCx                                             Date: January 5, 2017
Title: Robert P. Mosier v. Christopher M. Lee, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: REQUEST FOR ENTRY OF JUDGMENT (Doc. 67)**

     Before the Court is Plaintiff Robert P. Mosier's (the "Receiver's") Request for Entry of Judgment.  (Request for Judgment, Doc. 67.)  In general, a court enters judgment only after all claims have been adjudicated.  *See* Fed. R. Civ. P. 54(b).  Here, the Court has granted summary judgment as to only three of the Receiver's seven claims: (1) the Receiver's first claim seeking avoidance of the Tealuck Trust Transfer as an actual intentional fraudulent transfer; (2) the Receiver's second claim seeking avoidance and recovery of the Nepenthe Lien as an actual intentional fraudulent transfer; and (3) the Receiver's fifth claim seeking avoidance and recovery of certain Cash Transfers as actual intentional fraudulent transfers.  While the remaining claims may be moot based on the Court's grant of partial summary judgment, the Receiver has nowhere made clear that he is abandoning his remaining claims because he has now obtained all the relief he seeks or for any other reason.

     The Court therefore ORDERS the Receiver to show cause as to why entry of judgment is appropriate at this time.  The Receiver's declaration seeking dismissal of the remaining claims will be considered a sufficient reason for entry of judgment.  The Receiver shall submit his declaration **no later than five (5) days** from the date of this Order.

Initials of Preparer:  tg